No. 94–1818.  EQUICOR, INC. *v.* LORDMANN ENTERPRISES, INC. C. A. 11th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 94–1857.  BEYER ET AL. *v.* SIMMONS.  C. A. 3d Cir.  Motion of respondent Lawrence Simmons to expedite consideration of petition for writ of certiorari denied.

No. 94–9204.  IN RE VEY.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8. Petitioner is allowed until July 17, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–8929.  IN RE MUINA; and
No. 94–9193.  IN RE HEISZ.  Petitions for writs of mandamus denied.

No. 94–9115.  IN RE AWOFOLU.  Petition for writ of mandamus and/or prohibition denied.

No. 94–1175.  BANK ONE CHICAGO, N. A. *v.* MIDWEST BANK & TRUST CO.  C. A. 7th Cir.  Certiorari granted.

No. 94–1893.  UNITED STATES ET AL. *v.* CHESAPEAKE & POTO-MAC TELEPHONE COMPANY OF VIRGINIA ET AL.; and
No. 94–1900.  NATIONAL CABLE TELEVISION ASSN., INC. *v.* BELL ATLANTIC CORP. ET AL.  C. A. 4th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 42 F. 3d 181.

No. 94–8769.  RUTLEDGE *v.* UNITED STATES.  C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 94–158.  BATES *v.* WALKER; and MAHONEY *v.* MAYS.  C. A. 2d Cir.  Certiorari denied.

No. 94–608.  CITY OF YONKERS *v.* UNITED STATES ET AL. C. A. 2d Cir.  Certiorari denied.